IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENNIS PERRYMAN, | |
| Plaintiff, | Civ. No. 2:15-cv-00554-TC |
| v. | ORDER |
| RODRIGUEZ et al., | |
| Defendants. | |

MCSHANE, Judge:

    Magistrate Judge Thomas Coffin filed a Findings and Recommendation (ECF No. 17) in which he recommends that this Court grant defendants' motion for summary judgment, ECF No. 17. The matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Plaintiff filed objections to the Findings and Recommendation on December 18, 2015. ECF No. 30. Accordingly, I have reviewed the file of this case *de novo. See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude Judge Coffin's legal findings are correct.

    Magistrate Judge Coffin's Findings and Recommendation is adopted. This action is dismissed with prejudice.

IT IS SO ORDERED.

    DATED this 11 day of January, 2016.

                                                     Michael McShane
                                                     United States District Judge

1 –ORDER